IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM EPP, | |
| Petitioner, | 8:18CV323 |
| vs. | ORDER |
| BRAD HANSEN, | |
| Respondent. | |

Petitioner filed a "Motion for Relief From Judgment Pursuant to Rule 60 (b)(3)(4)(6) and Rule 60 (d)(1) and (2)" (filing no. 1), which has been docketed as a petition for writ of habeas corpus, and a Motion for Leave to Proceed in Forma Pauperis (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). The court's records reflect that Petitioner has paid the $5.00 filing fee. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing no. 2) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 1st day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge