# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM EPP, | |
| Petitioner, | **8:18CV323** |
| vs. | |
| BRAD HANSEN, | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 21.) Petitioner filed a Notice of Appeal (filing no. 18) on June 10, 2019. Petitioner appeals from the court's Memorandum and Order and Judgment dated May 20, 2019. (Filing Nos. 16 & 17.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 21) is granted.

Dated this 3rd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge